Ninth Circuit denied. *Messrs. Arthur E. Cook* and *J. Edward Keating* for petitioner. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Messrs. Paul A. Sweeney* and *M. Leo Looney, Jr.,* for respondents.

No. 639. HAMANN *v.* STICKLE, ANCILLARY RECEIVER. February 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John A. Cline* for petitioner. *Mr. Ralph Stickle* for respondent.

No. 641. BEAUMONT *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. February 11, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. John W. Townsend* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 647. NEW YORK, NEW HAVEN & HARTFORD R. Co. *v.* HOFFMAN. February 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John M. Gibbons* and *Edward R. Brumley* for petitioner. *Mr. Thomas J. O'Neill* for respondent.

No. 688. GREEN *v.* CLEVELAND, CINCINNATI, CHICAGO & ST. LOUIS RY. Co. February 18, 1935. Petition for writ of certiorari to the Supreme Court of Ohio, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Carl Green, pro. se.* No appearance for respondent.